CLOWER *v.* GEORGIA RAILWAY AND ELECTRIC COMPANY.

ATKINSON, J. 1. As applied to the pleadings and evidence, when considered in connection with the entire charge, there was no error in any of the excerpts from the charge complained of, requiring the grant of a new trial.

2. The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

FEBRUARY 10, 1915.

Action for damages. Before Judge Ellis. Fulton superior court. January 17, 1914.

*Westmoreland Brothers,* for plaintiff.

*Colquitt & Conyers,* for defendant.